Ella Freeman, Appellee, v. Leader Mercantile Company, Appellant.

opinion filed March 2, 1943. Lashly, Lashly, Miller & Clifford, Kramer, Campbell, Costello & Wiechert and Norman J. Gundlach, for appellant; Whitnel, Browning, Listeman & Walker and Manuel M. Wiseman, for appellee; Altman & Bremser, of counsel. Opinion by Presiding Justice Culbertson. "Not to be published in full."